Joe Leibowitz, Appellant, *v.* Elbny Corporation, Respondent.

Submitted November 13, 1950; decided November 22, 1950.

*Paul D. Carrigg* and *Daniel Miner* for motion.

*M. Benjamin Baron* for appellant.

Motion withdrawn.